**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 325 MAL 2018

           Respondent          :

                                            :   Petition for Allowance of Appeal from

                                            :   the Order of the Superior Court

           v.                     :

                                            :

PEDRO LUIS GAVILAN-CRUZ,       :

           Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 11th day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.